**Kevin WILKINS, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 53783.**

Missouri Court of Appeals,
Western District.

Submitted Sept. 19, 1997.

Decided Nov. 4, 1997.

Emmett Queener, Asst. Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Daniel W. Follett, Asst. Atty. Gen., Jefferson City, for respondent.

Before SMART, P.J., and LOWENSTEIN and LAURA DENVIR STITH, JJ.

### *ORDER*

PER CURIAM:

Kevin Wilkins was charged with two counts of failure to pay child support in violation of § 568.040, RSMo 1994. He entered a plea of guilty on February 5, 1995, and was sentenced to two concurrent five-year terms of imprisonment. He appeals the denial of his motion for post-conviction relief. Finding no precedential value in the decision, we affirm by this summary order, but have provided the parties a memorandum as to

the reasons for our decision. We affirm the judgment. Rule 84.16(b).